**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**AKIKO OHATA WHITE, Individually
and as Executrix and Ancillary Executrix of
the Estate of NATHAN DENNIS WHITE, Deceased,
and on behalf of COURTNEY AYAKO WHITE, a minor,
AUSTIN YAMATO WHITE, a minor, and
ZACHARY NATHAN WHITE, a minor, As
their Mother and Next Friend,**

      **V.**                       **CIVIL ACTION NO. 07-10222-RGS**

**RAYTHEON COMPANY**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                         **DECEMBER 23, 2008**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON DECEMBER 17, 2008,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                              **RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE**

    **BY:**

           **/s/ Mary H. Johnson**
           _____
           **Deputy Clerk**